# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: ZACKERY RYAN LEWIS  
DEBTOR 2 NAME: NICHOLE DANIELLE LEWIS  

CASE NUMBER: 1650518

I Robert J Wallace, Jr. certify under penalty of perjury that I have served the attached Notice Allowing/Disallowing Claims on the below listed entities in the manner shown on 7/25/2017:

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

ZACKERY RYAN LEWIS,702 N 10TH ST,SAVANNAH MO 64485

In addition, I have served on each creditor listed in the attached Notice Allowing/Disallowing Claims the portion of the Notice that applies to the treatment of their claim(s). The document sent to each creditor is entitled Acknowledgement of Claim and Notice of Proposed Treatment(s) of Claim ("Acknowledgment"). The Acknowledgment also contains language giving notice of the response time requirements for objecting to the treatment of their claim(s) as outlined in the Noice Allowing/Disallowing Claims.

I Robert J Wallace Jr. certify under penalty of perjury that I have served an Acknowledgment, as described above, on each creditor listed below in the manner shown on 7/25/2017 :

Via U.S. First Class Mail, or electronic service, if such interest party is an electronic filing user, pursuant to Local Rule 2002-1, Fed R. Bankr. P 2002 and other applicable Law.

ALLY BANK,PO BOX 130424,ROSEVILLE MN 55113-0004  
ANDREW COUNTY COLLECTOR,PO BOX 47,SAVANNAH MO 64485  
BASS & ASSOC,3936 E FT LOWELL # 200,TUCSON AZ 85712  
BUCKLES FAMILY HEALTH CARE,220 SOUTH WOODBINE RD,SAINT JOSEPH MO 64506  
CAVALRY SPV I LLC,500 SUMMIT LAKE DR # 400,VALHALLA NY 10595  
CAVALRY SPV I LLC,BASS & ASSOCIATES PC,3936 E FT LOWELL RD # 200,TUCSON AZ 85712  
CHI FRANCIS HEALTH,P O BOX 31001-1975,PASADENA CA 91110  
DIRECTV,PO BOX 92600,LOS ANGELES CA 90009  
ENVISTA,3626 SW WANTMAKER,TOPEKA KS 66614  
HARLEY DAVIDSON CREDIT CORP,PO BOX 9013,ADDISON TX 75001  
JUSTICE,CAPITAL ONE,P O BOX 4144,CAROL STREAM IL 60197-8000  
KOZENY & MCCUBBIN,12400 OLIVE BLVD # 555,ST LOUIS MO 63141  
KOZENY & MCCUBBIN,12400 OLIVE BLVD # 555,ST LOUIS MO 63141  
KOZENY & MCCUBBIN,12400 OLIVE BLVD # 555,ST LOUIS MO 63141  
LVNV FUNDING LLC,RESURGENT CAPITAL SERVICES,PO BOX 10587,GREENVILLE SC 29603-0587  
MIDLAND FUNDING LLC,MIDLAND CREDIT MANAGEMENT INC,AS AGENT FOR MIDLAND FUNDING LLC PO BOX 2011,WARREN MI 48090  
MIDLAND FUNDING LLC,MIDLAND CREDIT MANAGEMENT INC,AS AGENT FOR MIDLAND FUNDING LLC PO BOX 2011,WARREN MI 48090  
MIDLAND FUNDING LLC,MIDLAND CREDIT MANAGEMENT INC,AS AGENT FOR MIDLAND FUNDING LLC PO BOX 2011,WARREN MI 48090  
MIDLAND FUNDING LLC,MIDLAND CREDIT MANAGEMENT INC,AS AGENT FOR MIDLAND FUNDING LLC PO BOX 2011,WARREN MI 48090  
MIDLAND FUNDING LLC,MIDLAND CREDIT MANAGEMENT INC,AS AGENT FOR MIDLAND FUNDING LLC PO BOX 2011,WARREN MI 48090  
MIDLAND FUNDING LLC,MIDLAND CREDIT MANAGEMENT INC,AS AGENT FOR MIDLAND FUNDING LLC PO BOX 2011,WARREN MI 48090  
MIDLAND FUNDING LLC,MIDLAND CREDIT MANAGEMENT INC,AS AGENT FOR MIDLAND FUNDING LLC PO BOX 2011,WARREN MI 48090  
MIDLAND FUNDING LLC,MIDLAND CREDIT MANAGEMENT INC,AS AGENT FOR MIDLAND FUNDING LLC PO BOX 2011,WARREN MI 48090  
MISSOURI DEPARTMENT OF REVENUE,PO BOX 475,JEFFERSON CITY MO 65105-0475  
MISSOURI DEPARTMENT OF REVENUE,PO BOX 475,JEFFERSON CITY MO 65105-0475  
MOHELA OBO MDHE,GLHEC/MDHE,2401 INTERNATIONAL LN,MADISON WI 53704  
NCMC,1301 MAIN,TRENTON MO 64683  
NOAH J BRILES ESQ,918 FRANCIS ST,ST JOSEPH MO 64501-1901  
PORTFOLIO RECOVERY ASSOCIATES LLC,PO BOX 41067,NORFOLK VA 23541  
PORTFOLIO RECOVERY ASSOCIATES LLC,PO BOX 41067,NORFOLK VA 23541  
PORTFOLIO RECOVERY ASSOCIATES LLC,PO BOX 41067,NORFOLK VA 23541  
PORTFOLIO RECOVERY ASSOCIATES LLC,PO BOX 41067,NORFOLK VA 23541  
POSTAL & COMMUNITY CREDIT UNION,3921 OAKLAND AVE,ST JOSEPH MO 64506  
QUANTUM3 GROUP LLC AS AGENT FOR COMENITY BANK,PO BOX 788,KIRKLAND WA 98083-0788  
—— continued ——

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : 7/25/2017     Signature : *Robert J. Wallace, Jr.*

Premium Graphics, Inc.  
2099 Thomas Road Suite 10  
Memphis, TN 38134

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: ZACKERY RYAN LEWIS  
DEBTOR 2 NAME: NICHOLE DANIELLE LEWIS

CASE NUMBER: 1650518

QUANTUM3 GROUP LLC AS AGENT FOR,COMENITY BANK,PO BOX 788,KIRKLAND WA 98083-0788  
QUANTUM3 GROUP LLC AS AGENT FOR,COMMENITY CAPITAL BANK,PO BOX 788,KIRKLAND WA 98083-0788  
QUEST DIAGNOSTICS,P O BOX 740780,CINCINNATI OH 45274  
QUEST DIAGNOSTICS,P O BOX 740780,CINCINNATI OH 45274  
TD BANK USA NA,C O WEINSTEIN AND RILEY PS,2001 WESTERN AVE # 400,SEATTLE WA 98121  
US ATTORNEY,ROOM 5510 US COURTHOUSE,400 E 9TH ST,KANSAS CITY MO 64106  
US ATTORNEY,ROOM 5510 US COURTHOUSE,400 E 9TH ST,KANSAS CITY MO 64106  
US DEPARTMENT OF EDUCATION,C/O FEDLOAN SERVICING,PO BOX 69184,HARRISBURG PA 17106-9184  
US DEPARTMENT OF EDUCATION,C/O FEDLOAN SERVICING,PO BOX 69184,HARRISBURG PA 17106-9184  
WELLS FARGO BANK NA DBA WELLS FARGO DEALER SVCS,PO BOX 19657,IRVINE CA 92623-9657  
WELLS FARGO BANK NA,DEFAULT DOCUMENT PROCESSING N9286-01Y,1000 BLUE GENTIAN RD,EAGAN MN 55121-7700  
WELLS FARGO BANK NA,DEFAULT DOCUMENT PROCESSING N9286-01Y,1000 BLUE GENTIAN RD,EAGAN MN 55121-7700  
WELLS FARGO BANK NA,PO BOX 10438 MAC F8235 02F,DES MOINES IA 50306-0438  
WORLDS FOREMOST BANK CABELAS CLUB VISA,WORLDS FOREMOST BANK,PO BOX 82609,LINCOLN NE 68501-2609

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : _____7/25/2017_____    Signature : _____Robert J. Wallace, Jr._____

Premium Graphics, Inc.  
2099 Thomas Road Suite 10  
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  ZACKERY RYAN LEWIS
       NICHOLE DANIELLE LEWIS

                                        Case No.:  16-50518-can-13

**Debtors**

## NOTICE ALLOWING/DISALLOWING CLAIMS

     COMES NOW, Richard V. Fink, the Chapter 13 Trustee, pursuant to Local Rule 3085-1 of the Western District of Missouri, and Rule 3001 (f) of the Federal Rules of Bankruptcy Procedure, and moves to have these claims allowed as set out below or disallowed as not filed, unless an objection to the claim is filed and the Court enters an Order which provides for different treatment.

| Creditor | Claim Info | Account Info |
|---|---|---|
| ALLY BANK<br>PAYMENT PROCESSING CENTER<br>PO BOX 78369<br>PHOENIX, AZ 85062-8369 | **Court Claim No.:** 1<br>**Trustee Claim No.:** 1<br>**Amount of Claim:** $6,260.68<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 5847<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| ANDREW COUNTY COLLECTOR<br>PO BOX 47<br>SAVANNAH, MO 64485 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 41<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** Priority (Pr) | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| BUCKLES FAMILY HEALTH CARE<br>220 SOUTH WOODBINE RD<br>SAINT JOSEPH, MO 64506 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 5<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 3410<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| CAVALRY SPV I LLC<br>PO BOX 27288<br>TEMPE, AZ 85282 | **Court Claim No.:** 20<br>**Trustee Claim No.:** 10<br>**Amount of Claim:** $1,441.13<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 4226<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |

| | | |
|---|---|---|
| CAVALRY SPV I LLC<br>BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD # 200<br>TUCSON, AZ 85712 | **Court Claim No.:** 25<br>**Trustee Claim No.:** 35<br>**Amount of Claim:** $193.41<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 3328<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| CHI FRANCIS HEALTH<br>P O BOX 31001-1975<br>PASADENA, CA 91110 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 6<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 0099<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| CHI FRANCIS HEALTH<br>P O BOX 31001-1975<br>PASADENA, CA 91110 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 42<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| DIRECTV<br>PO BOX 92600<br>LOS ANGELES, CA 90009 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 39<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** Lease Payment On-Going (Pr) | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A<br>**Special Remarks:** Direct |
| ENVISTA<br>3626 SW WANTMAKER<br>TOPEKA, KS 66614 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 13<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 8187<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| HARLEY DAVIDSON CREDIT CORP<br>DEPT 15129<br>PALATINE, IL 60055-5129 | **Court Claim No.:** 5<br>**Trustee Claim No.:** 12<br>**Amount of Claim:** $17,676.43<br>**Monthly Payment:** $327.95<br>**Claim Type:** Secured - Vehicle (E) | **Account Number:** 4763<br>**Interest Rate:** 4.3900%<br>**Balance Owed:** $16,151.00<br>**% to be Paid:** 100.000% |

| | | |
|---|---|---|
| JUSTICE<br>CAPITAL ONE<br>P O BOX 4144<br>CAROL STREAM, IL<br>60197-8000 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 17<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 4392<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL<br>SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | **Court Claim No.:** 6<br>**Trustee Claim No.:** 11<br>**Amount of Claim:** $302.41<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 2940<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| MIDLAND FUNDING LLC<br>MIDLAND CREDIT<br>MANAGEMENT INC<br>AS AGENT FOR MIDLAND<br>FUNDING LLC PO BOX 2011<br>WARREN, MI 48090 | **Court Claim No.:** 16<br>**Trustee Claim No.:** 2<br>**Amount of Claim:** $1,294.93<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 4894<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| MIDLAND FUNDING LLC<br>MIDLAND CREDIT<br>MANAGEMENT INC<br>AS AGENT FOR MIDLAND<br>FUNDING LLC PO BOX 2011<br>WARREN, MI 48090 | **Court Claim No.:** 18<br>**Trustee Claim No.:** 18<br>**Amount of Claim:** $1,532.27<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 3629<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| MIDLAND FUNDING LLC<br>MIDLAND CREDIT<br>MANAGEMENT INC<br>AS AGENT FOR MIDLAND<br>FUNDING LLC PO BOX 2011<br>WARREN, MI 48090 | **Court Claim No.:** 12<br>**Trustee Claim No.:** 24<br>**Amount of Claim:** $1,667.02<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 1825<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| MIDLAND FUNDING LLC<br>MIDLAND CREDIT<br>MANAGEMENT INC<br>AS AGENT FOR MIDLAND<br>FUNDING LLC PO BOX 2011<br>WARREN, MI 48090 | **Court Claim No.:** 13<br>**Trustee Claim No.:** 27<br>**Amount of Claim:** $1,404.12<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 0484<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |

Case 16-50518-can13   Doc 31   Filed 07/25/17   Entered 07/25/17 11:09:29   Desc PDF
Case No.:  16-50518-can-13        Debtor(s): Zackery Ryan Lewis & Nichole Danielle Lewis
document   Page 6 of 11

| Creditor | Claim Info | Account Info |
|---|---|---|
| MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT INC<br>AS AGENT FOR MIDLAND FUNDING LLC PO BOX 2011<br>WARREN, MI 48090 | **Court Claim No.:** 14<br>**Trustee Claim No.:** 28<br>**Amount of Claim:** $831.78<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 4288<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT INC<br>AS AGENT FOR MIDLAND FUNDING LLC PO BOX 2011<br>WARREN, MI 48090 | **Court Claim No.:** 15<br>**Trustee Claim No.:** 34<br>**Amount of Claim:** $2,211.20<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 3200<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT INC<br>AS AGENT FOR MIDLAND FUNDING LLC PO BOX 2011<br>WARREN, MI 48090 | **Court Claim No.:** 19<br>**Trustee Claim No.:** 36<br>**Amount of Claim:** $1,161.48<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 9562<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT INC<br>AS AGENT FOR MIDLAND FUNDING LLC PO BOX 2011<br>WARREN, MI 48090 | **Court Claim No.:** 17<br>**Trustee Claim No.:** 38<br>**Amount of Claim:** $1,884.37<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 1697<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | **Court Claim No.:** 30<br>**Trustee Claim No.:** 19<br>**Amount of Claim:** $1,456.43<br>**Monthly Payment:** N/A<br>**Claim Type:** Taxes - Priority (Pr) | **Account Number:** 6654/3143911E<br>**Interest Rate:** N/A<br>**Balance Owed:** $1,413.28<br>**% to be Paid:** 100.000% |
| MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | **Court Claim No.:** 30<br>**Trustee Claim No.:** 44<br>**Amount of Claim:** $150.00<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 6654/3143911E<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |

| | | |
|---|---|---|
| MOHELA OBO MDHE<br>MDHE ACCOUNTING<br>PO BOX 7849<br>MADISON, WI 53707 | **Court Claim No.:** 2<br>**Trustee Claim No.:** 20<br>**Amount of Claim:** $1,824.98<br>**Monthly Payment:** N/A<br>**Claim Type:** Special Unsecured Non-Priority (Pr) | **Account Number:** 6654<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A<br>**Special Remarks:** Direct |
| NCMC<br>1301 MAIN<br>TRENTON, MO 64683 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 21<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 5208<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| NOAH J BRILES ESQ<br>918 FRANCIS ST<br>ST JOSEPH, MO 64501-1901 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 0<br>**Amount of Claim:** $2,600.00<br>**Monthly Payment:** $74.29<br>**Claim Type:** Attorney Fee | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** $2,154.26<br>**% to be Paid:** 100.000% |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | **Court Claim No.:** 28<br>**Trustee Claim No.:** 3<br>**Amount of Claim:** $4,456.62<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 4035<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | **Court Claim No.:** 27<br>**Trustee Claim No.:** 8<br>**Amount of Claim:** $249.78<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 6809<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | **Court Claim No.:** 26<br>**Trustee Claim No.:** 9<br>**Amount of Claim:** $776.56<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 9978<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |

Case 16-50518-can13   Doc 31   Filed 07/25/17   Entered 07/25/17 11:09:29   Desc PDF
Case No.: 16-50518-can-13          Debtor(s): Zackery Ryan Lewis & Nichole Danielle Lewis
document            Page 8 of 11

| Creditor | Claim Info | Account Info |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | **Court Claim No.:** 29<br>**Trustee Claim No.:** 43<br>**Amount of Claim:** $2,069.81<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 1650<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| POSTAL & COMMUNITY CREDIT UNION<br>3921 OAKLAND AVE<br>ST JOSEPH, MO 64506 | **Court Claim No.:** 3<br>**Trustee Claim No.:** 22<br>**Amount of Claim:** $9,588.67<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 6654<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| QUANTUM3 GROUP LLC AS AGENT FOR COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | **Court Claim No.:** 9<br>**Trustee Claim No.:** 4<br>**Amount of Claim:** $469.41<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 9717<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| QUANTUM3 GROUP LLC AS AGENT FOR COMMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | **Court Claim No.:** 8<br>**Trustee Claim No.:** 16<br>**Amount of Claim:** $264.20<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 0794<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| QUANTUM3 GROUP LLC AS AGENT FOR COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | **Court Claim No.:** 10<br>**Trustee Claim No.:** 26<br>**Amount of Claim:** $177.61<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 7570<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| QUEST DIAGNOSTICS<br>P O BOX 740780<br>CINCINNATI, OH 45274 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 23<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 2412<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |

| Creditor | Claim Info | Account Info |
|---|---|---|
| QUEST DIAGNOSTICS<br>P O BOX 740780<br>CINCINNATI, OH 45274 | Court Claim No.: N/A<br>Trustee Claim No.: 37<br>Amount of Claim: N/A<br>Monthly Payment: N/A<br>Claim Type: General Unsecured | Account Number: 6511<br>Interest Rate: N/A<br>Balance Owed: N/A<br>% to be Paid: N/A |
| TD BANK USA NA<br>C O WEINSTEIN AND RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Court Claim No.: 23<br>Trustee Claim No.: 25<br>Amount of Claim: $2,572.42<br>Monthly Payment: N/A<br>Claim Type: General Unsecured | Account Number: 7987<br>Interest Rate: N/A<br>Balance Owed: $0.00<br>% to be Paid: 0.000% |
| US DEPARTMENT OF EDUCATION<br>C/O FEDLOAN SERVICING<br>PO BOX 530210<br>ATLANTA, GA 30353-0210 | Court Claim No.: 22<br>Trustee Claim No.: 14<br>Amount of Claim: $36,145.94<br>Monthly Payment: N/A<br>Claim Type: Special Unsecured Non-Priority (Pr) | Account Number: 6654<br>Interest Rate: N/A<br>Balance Owed: N/A<br>% to be Paid: N/A<br>Special Remarks: Direct |
| US DEPARTMENT OF EDUCATION<br>C/O FEDLOAN SERVICING<br>PO BOX 530210<br>ATLANTA, GA 30353-0210 | Court Claim No.: 21<br>Trustee Claim No.: 15<br>Amount of Claim: $17,281.07<br>Monthly Payment: N/A<br>Claim Type: Special Unsecured Non-Priority (Pr) | Account Number: 7655<br>Interest Rate: N/A<br>Balance Owed: N/A<br>% to be Paid: N/A<br>Special Remarks: Direct |
| WELLS FARGO BANK NA<br>DBA WELLS FARGO DEALER SERVICES<br>PO BOX 17900<br>DENVER, CO 80217-0900 | Court Claim No.: 4<br>Trustee Claim No.: 29<br>Amount of Claim: $15,272.74<br>Monthly Payment: $281.29<br>Claim Type: Secured - Vehicle (E) | Account Number: 7670<br>Interest Rate: 4.3900%<br>Balance Owed: $13,967.22<br>% to be Paid: 100.000% |
| WELLS FARGO BANK NA<br>WELLS FARGO EDUCATION FINANCIAL SERVICES<br>301 E 58TH ST N<br>SIOUX FALLS, SD 57104 | Court Claim No.: 11<br>Trustee Claim No.: 30<br>Amount of Claim: $3,085.27<br>Monthly Payment: N/A<br>Claim Type: Special Unsecured Non-Priority (Pr) | Account Number: 4992<br>Interest Rate: N/A<br>Balance Owed: N/A<br>% to be Paid: N/A<br>Special Remarks: Direct |

| | | |
|---|---|---|
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC X230204C ONE HOME CAMPUS<br>DES MOINES, IA 50328 | **Court Claim No.:** 7<br>**Trustee Claim No.:** 31<br>**Amount of Claim:** $76,781.25<br>**Monthly Payment:** N/A<br>**Claim Type:** Mortgage Payment (Pr) | **Account Number:** 9233<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A<br>**Special Remarks:** Direct |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC X230204C ONE HOME CAMPUS<br>DES MOINES, IA 50328 | **Court Claim No.:** 7<br>**Trustee Claim No.:** 40<br>**Amount of Claim:** $68.05<br>**Monthly Payment:** N/A<br>**Claim Type:** Mortgage Arrearage (Pr) | **Account Number:** 9233<br>**Interest Rate:** N/A<br>**Balance Owed:** $68.05<br>**% to be Paid:** 100.000% |
| WORLDS FOREMOST BANK<br>CABELAS CLUB VISA<br>WORLDS FOREMOST BANK<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | **Court Claim No.:** 24<br>**Trustee Claim No.:** 7<br>**Amount of Claim:** $4,193.43<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 5137<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |

July 24, 2017

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

Case 16-50518-can13  Doc 31  Filed 07/25/17  Entered 07/25/17 11:09:29  Desc PDF
document  Page 11 of 11
Case No.: 16-50518-can-13        Debtor(s): Zackery Ryan Lewis & Nichole Danielle Lewis

## NOTICE

**Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
NOAH J BRILES ESQ (698) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

MAM    /Notice - Allow/Disallow Claims

TBD = To Be Determined                Page 9 of 9